UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIGIFREDO ARAUJO, as an individual,<br><br>              Plaintiff,<br><br>  v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, an unincorporated labor association, PUBLIC PARTNERSHIPS LLC, incorporated in Delaware; PUBLIC CONSULTING GROUP, INC., a Massachusetts corporation; CHERYL STRANGE, in her official capacity as SECRETARY of the DEPARTMENT OF SOCIAL AND HEALTH RESOURCES, and JAY INSLEE, in his official capacity as GOVERNOR of the STATE OF WASHINGTON,<br><br>              Defendants. | NO:  4:20-CV-5012-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal (ECF No. 33).  The stipulation is filed pursuant to Federal Rule of Civil Procedure

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

41(a)(1)(A)(ii) and provides for the dismissal with prejudice of Plaintiff's claims against all parties without fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, without fees or costs to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 25, 2020.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2